1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROBERT E. DEARMON, JR.,
11          Plaintiff,                    No. 2:10-cv-2183 KJN P
12      vs.
13  A. FREEMAN, et al.,                   ORDER
14          Defendants.
15  _____/
16          This action proceeds on plaintiff's civil rights complaint filed pursuant to 42
17  U.S.C. § 1983.  All parties consented to the jurisdiction of the undersigned magistrate judge for
18  all purposes. (Dkt. Nos. 4, 14.)  See 28 U.S.C. § 636(c); Local Rule 305(a).
19          On June 24, 2011, defendants filed a discovery motion (Dkt. No. 15) that required
20  plaintiff's response within 21 days, pursuant to Local Rule 230(*l*).  No response to the motion
21  was filed.  On July 30, 2011, defendants' counsel filed a declaration (Dkt. No. 16), in which she
22  states that the original discovery requests were returned to counsel from plaintiff's last known
23  place of incarceration (San Quentin State Prison), "with a notation that Mr. Dearmon had paroled
24  from that institution on March 15, 2011 and had provided no new address." (Id. at 2.)  Counsel
25  states that she attempted to locate plaintiff through the "inmate locator website" operated by the
26  California Department of Corrections and Rehabilitation ("CDCR"), but the effort was

unsuccessful. Defendants request that this court grant their motion to compel, order sanctions against plaintiff, and dismiss this case.

This court also attempted, without success, to locate plaintiff through CDCR's "Inmate Locator." The last communication this court received from plaintiff was in January 2011, when plaintiff submitted the documents required for serving process on defendants. (Dkt. No. 8.)

Plaintiff has failed to comply with Local Rule 182(f), which requires that a party appearing in propria persona promptly inform the court of any address change. There appears to be no way to contact plaintiff.

Accordingly, given the passage of time, IT IS HEREBY ORDERED that this action is dismissed without prejudice due to petitioner's failure to keep the court apprised of his current address. See Local Rules 182(f) and 110. Defendants' motion to compel (Dkt. No. 15) is denied as moot; defendants' request for sanctions is denied.

SO ORDERED.

DATED: August 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dear2183.ord.dsms