IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. DEARMON, JR.,

      Plaintiff,                      No. 2:10-cv-2183 KJN P

      vs.

A. FREEMAN, et al.,                  ORDER

      Defendants.
_____/

      This action proceeds on plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983. All parties consented to the jurisdiction of the undersigned magistrate judge for all purposes. (Dkt. Nos. 4, 14.) See 28 U.S.C. § 636(c); Local Rule 305(a).

      On June 24, 2011, defendants filed a discovery motion (Dkt. No. 15) that required plaintiff's response within 21 days, pursuant to Local Rule 230(*l*). No response to the motion was filed. On July 30, 2011, defendants' counsel filed a declaration (Dkt. No. 16), in which she states that the original discovery requests were returned to counsel from plaintiff's last known place of incarceration (San Quentin State Prison), "with a notation that Mr. Dearmon had paroled from that institution on March 15, 2011 and had provided no new address." (Id. at 2.) Counsel states that she attempted to locate plaintiff through the "inmate locator website" operated by the California Department of Corrections and Rehabilitation ("CDCR"), but the effort was

1

1  unsuccessful.  Defendants request that this court grant their motion to compel, order sanctions
2  against plaintiff, and dismiss this case.
3          This court also attempted, without success, to locate plaintiff through CDCR's
4  "Inmate Locator."  The last communication this court received from plaintiff was in January
5  2011, when plaintiff submitted the documents required for serving process on defendants.  (Dkt.
6  No. 8.)
7          Plaintiff has failed to comply with Local Rule 182(f), which requires that a party
8  appearing in propria persona promptly inform the court of any address change.  There appears to
9  be no way to contact plaintiff.
10         Accordingly, given the passage of time, IT IS HEREBY ORDERED that this
11 action is dismissed without prejudice due to petitioner's failure to keep the court apprised of his
12 current address.  <u>See</u> Local Rules 182(f) and 110.  Defendants' motion to compel (Dkt. No. 15) is
13 denied as moot; defendants' request for sanctions is denied.
14         SO ORDERED.
15 DATED:  August 24, 2011

                _____
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

19 dear2183.ord.dsms